AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

        V.

**CRIMINAL COMPLAINT**

Carlos V. Medina,
  aka Claudio Santos Vasquez-Soriano
DOB:  July 20, 1974
PDID:

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about   November 1, 2004   in   Washington, D.C.   county, in the

         District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

knowingly and unlawfully possess, forge, counterfeit, alter, falsely make, utter, use, attempt to use and obtain
documents prescribed by statute and regulation as evidence of authorized stay and employment in the United
States, knowing said documents to be falsely made and to have been procured by fraud and unlawfully obtained.

in violation of Title   18   United States Code, Section(s)   1546(a)  .

I further state that I am   Mark Leeper,  Special Agent with the U.S. Immigration and Customs Enforcement  ,
and that this complaint is based on the following facts:

        **See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Frederick Yette  (202) 353-1666
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mark Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____    at    Washington, D.C.
Date                                City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT
### CARLOS V. MEDINA, aka Claudio Santos Vasquez-Soriano
### and
### PABLO GONZALES

I, Mark C. Leeper, being duly sworn, depose and state:

1.    I am a Senior Special Agent (SSA) for the United States Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS), which was previously known as the Immigration and Naturalization Service (INS).  I have been employed by the INS and ICE since May 1996 and I am currently assigned to ICE Special Agent in Charge, Washington, D.C. office (SAC/DC) in Fairfax, Virginia.

2.    My duties as a SSA with ICE include, but are not limited to investigating violators of the Immigration and Nationality Act and includes investigating the counterfeiting and use of identification documents including I-551 resident alien cards.

3.    This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Carlos V. MEDINA, aka Claudio Santos Vasquez-Soriano, and Pablo GONZALES, with knowingly and unlawfully possessing, forging, counterfeiting, altering, falsely making, uttering, using, attempting to use, and obtaining documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be falsely made, and to have been procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

4.    I am personally familiar with all the facts and circumstances surrounding this investigation based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence obtained during this investigation. Since April 2002 and continuing through the present date, I have been investigating several criminal organizations involved in the manufacture and distribution of counterfeit immigration and identity documents in and around Columbia Road, NW, Washington, DC.  Based on my experience and training, I know that persons, usually aliens, manufacture and distribute counterfeit or fraudulent documents, including resident alien cards, social security cards, and employment authorization cards (collectively, "identity documents").  Real identity documents are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

5.    On June 7, 2006, this agent visited with the Management Office for the xxxxxxx, located at xxxxxxx 16th Street., NW in Washington, DC regarding the tenants of Apartment xxxxx.  Lease records were provided and it was determined that Carlos V. MEDINA, and Pablo GONZALES are the current leaseholders of that apartment.  A copy of the Resident Alien cards utilized to secure the lease for Carlos V. MEDINA and Pablo GONZALES were maintained in the file. The Resident Alien card for Carlos V. MEDINA displayed Alien Registration Number, Axx xxx xxx, and birth date,

July xx,xxxx, and the Resident Alien card for Pablo GONZALES displayed Alien Registration Number, Axx xxx xxx, and birth date, May xx, xxxx.    Additionally, Carlos V. MEDINA and Pablo GONZALES listed on lease records the following Social Security numbers respectively, xxx-xx-xxxx and xxx-xx-xxxx.

6.    Further review of the lease agreement reveals that on November 1, 2004, Carlos V. MEDINA and Pablo GONZALEZ affixed their signatures to the lease agreement acknowledging the veracity of the statements and information provided within these documents.

7.    On, June 8, 2006, ICE Agents referenced the Central Index System (CIS), a Department of Homeland Security database containing all Alien Registration record numbers, for both legal and illegal immigrants previously encountered by DHS, in attempts to verify the Alien Registration numbers, Axx xxx xxx, and Axx xxx xxx, that appear on the Alien Registration cards for Carlos V. MEDINA and Pablo GONZALES.  These CIS record checks revealed that these Alien Registration numbers are assigned to other persons and are not assigned to Carlos V. MEDINA and Pablo GONZALES. CIS record checks were also conducted using the names of Carlos V. MEDINA and Pablo GONZALES and their respective dates of birth and no records were found within the CIS system.

8.    On June 8, 2006, your affiant contacted the Social Security Administration (SSA) to determine if the social security numbers provided by Carlos V. MEDINA, SS# xxx-xx-xxxx, and Pablo GONZALES, SS# xxx-xx-xxxx, belonged to them.  The SSA indicated that the numbers are assigned to two persons who are now

deceased.  In addition, the SSA has no records of any persons named Carlos V. MEDINA with the date of birth of July xx, xxxx or Pablo GONZALES with the date of birth of May xx, xxxx.

9.    It is my experience that it is common practice for illegal aliens to use fraudulent and invalid social security numbers as well as fraudulent and invalid alien registration numbers to obtain unauthorized employment and other benefits.

10.    Accordingly, I respectfully submit that there is probable cause to charge Carlos V. MEDINA and Pablo GONZALES, with knowingly and unlawfully possessing, forging, counterfeiting, altering, falsely making, uttering, using, attempting to use, and obtaining documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be falsely made, and

to have been procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).


_____
Mark C. Leeper
Sr. Special Agent
Immigration & Customs
Enforcement

4

Sworn to and subscribed before me this _____ day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

5