UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 06-275M |
| | : | |
| CARLOS V. MEDINA, | : | VIOLATIONS: |
| aka Luis Vasquez-Soriano | : | |
| | : | 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(B)(ii) |
| Defendant. | : | (Concealing or Harboring Aliens) |
| | : | |
| | : | 18 U.S.C. § 1546(a) |
| | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or |
| | : | Employment in the United States) |
| | : | |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |
| | : | |
| | : | 8 U.S.C. § 1326(a), (b)(1) |
| | : | (Unlawful Reentry by an Alien Removed after |
| | : | Felony Conviction) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 20, 2006, within the District of Columbia, defendant **CARLOS V. MEDINA, aka Luis Vasquez-Soriano,** knowing and in reckless disregard of the fact that several

aliens, whose identities are known to the Grand Jury, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor and shield from detection such aliens in a building, that is, Apartment 1039, 3636 16th Street, NW, Washington, D.C.

(**Harboring Illegal Aliens**, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), (a)(1)(B)(ii)).

## COUNT TWO

On or about June 20, 2006, within the District of Columbia, defendant **CARLOS V. MEDINA, aka Luis Vasquez-Soriano**, did knowingly possess a document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a false permanent resident card, knowing it to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT THREE

1. The allegations contained in Count Two of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about June 20, 2006, within the District of Columbia, defendant **CARLOS V. MEDINA, aka Luis Vasquez-Soriano**, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Two of this indictment, and such means of identification consisted of a false permanent resident card with an alien registration number that is fully known by the Grand Jury and identified herein by the last three digits, "247."

**(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT FOUR

On or about June 20, 2006, within the District of Columbia, defendant **CARLOS V. MEDINA, aka Luis Vasquez-Soriano**, an alien, was found in the United States after having been deported from the United States, following his conviction in the United States District Court for the District of Columbia, on or about October 9, 2001, for Reentry of a Removed Alien after Felony Conviction, Case No. 01-348, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

(**Unlawful Reentry by an Alien Removed after Felony Conviction**, in violation of Title 8, United States Code, Section 1326(a), (b)(1)).

A TRUE BILL


FOREPERSON


Attorney of the United States in
and for the District of Columbia