IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 06-287 (PLF) |
| : | |
| v. : | |
| : | |
| CARLOS V. MEDINA, : | |
|   aka Luis Vasquez-Soriano, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to continue the status hearing that is currently scheduled for November 3, 2006, at 9:30 a.m.  As grounds for this motion, the government states the following:

    1.  The defendant and government are still engaging in discussions that may lead to a disposition of this case short of trial.  However, discussions have been slowed, in part, because defense counsel has been involved in an extended trial before another Judge.  Accordingly, the moves to continue the status hearing set for November 3.  The undersigned AUSA spoke to the defendant's counsel, Lara Quint, Esq., on October 31st, and she does not oppose this motion.

    2.  After consultation with the Court's Deputy Clerk, the parties suggest that the status hearing be rescheduled for November 17 or 16, 2006, or such other time that may be convenient to the Court.

WHEREFORE, the government respectfully requests that the Court grant this unopposed motion to vacate the defendant's status hearing and set a sentencing date.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By: _____
        Frederick Yette, DC Bar # 385391
        Assistant U.S. Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-1666
        Frederick.Yette@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 06-287 (PLF) |
| : | |
| v. : | |
| : | |
| CARLOS V. MEDINA, : | |
|   aka Luis Vasquez-Soriano, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Continue Status Hearing, and for good cause shown, it is this _____ day of November, 2006,

ORDERED, that the status hearing scheduled for November 3, 2006, is hereby vacated, and it is

FURTHER ORDERED that the parties shall appear before the Court for a status hearing on November _____, 2006, at _____a.m./p.m.

 

 

PAUL L. FRIEDMAN
United States District Judge