IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff; )<br>)<br>v. )<br>)<br>)<br>CARLOS MEDINA )<br>)<br>Defendant )<br>) | CR NO 06-287 (PLF) |

**DEFENDANT'S NOTICE OF INTENT TO PLEA AND UNOPPOSED MOTION TO CONTINUE PLEA HEARING**

Defendant, Carlos Medina, through undersigned counsel, respectfully requests this Honorable Court to continue the status hearing/plea currently scheduled for February 6, 2007 at 9 a.m. In support of his motion, Mr. Medina states the following:

At the last hearing in the above-captioned case, the Court scheduled a status hearing/plea for 9:00 a.m. on February 6, 2007. The Court asked that the parties provide an update prior to February 6th as to whether the hearing was to be a plea hearing or a status call.

Since the time of the last hearing, Mr. Medina has decided to accept the plea offer extended to him by the government. At the time the hearing was scheduled, however, counsel was not aware that co-counsel on another matter had already scheduled a sentencing for the same time and date. Counsel must be present at the sentencing as she is the only one who can communicate with the client. Based on her other obligations the morning of February 6th, counsel requests a brief continuance of the plea hearing. Counsel has conferred with counsel for the government and the latter has no opposition to the request in this motion. Both undersigned counsel and counsel for the

government are available between 10:30 a.m and 1:00 p.m. on Friday, February 9, 2007.

For the reasons set forth above, Mr. Medina asks the Court to grant his motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | CR NO 06-287 (PLF) |
| ) | |
| ) | |
| CARLOS MEDINA ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Plea Hearing, it is by the Court hereby

ORDERED that the motion is GRANTED, the plea hearing scheduled for February 6, 2007 is VACATED, and the plea hearing is continued until February _____, 2007 at _____ a.m./p.m.

SO ORDERED.


DATE                                          _____
                                              THE HONORABLE PAUL L. FRIEDMAN
                                              UNITED STATES DISTRICT JUDGE



Copies to:

Frederick Yette, AUSA
Lara Quint, AFPD