CO-526
(12/86)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-287-PLF
)
CARLOS V. MEDINA )
)

<u>WAIVER OF TRIAL BY JURY</u>

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Carlos Medina
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____
Judge Paul L. Friedman
United States District Court