**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. : 06-287 (PLF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **CARLOS V. MEDINA,** | **:** | |
| aka Luis Vasquez-Soriano, | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, respectfully files this memorandum to aid the Court in its sentencing decision. For the

reasons explained below, the government urges the Court to impose the mandatory two year sentence

required for Aggravated Identity Theft (Count 3) and a consecutive sentence of at least 15 months

for Possession of a Fraudulent Documents Prescribed for Authorized Stay or Employment in the

United States (Count 2). The government's reasoning for this request is explained below.

The defendant was arrested on June 20, 2006, by law enforcement agents who were executing

a search warrant at his apartment, which was located at 3636 16th Street, NW, Washington, DC.

The apartment was occupied by the defendant and 7 other men, each of whom was an illegal alien

from Mexico, and a couple of whom were related to the defendant. During the search, the agents

recovered numerous (albeit fewer than 100) illegal identification documents, including fake social

security cards and fake "green cards," *i.e.*, resident alien cards. Among the fake, illegal documents

recovered was the defendant's Permanent Resident Alien card that he had presented to the

management company two years earlier, on November 1, 2004, as identification to lease the

apartment. That card bears the defendant's photo and an alien number that is assigned to someone

other than the defendant.

The defendant is facing a mandatory two year sentence of incarceration for Aggravated Identity Theft. He faces a consecutive sentence of at least 15 months incarceration for Possession of Fraudulent Documents.[1]

Based upon the sentencing factors described in 18 USC § 3553(a), a consecutive sentence of at least 15 months (or 12 months if the sentencing range is reduced) is appropriate. First, a strong sentence would be appropriate to promote the defendant's respect for the law and to deter him from committing future offenses. The defendant already has 3 prior convictions, one of which involves the sale of illegal identity documents, and 2 which resulted from earlier illegal entries into the U.S. Once again, the defendant has returned to the U.S. in violation of federal law, although he undoubtedly realized that he should not have returned.

Furthermore, the defendant had rented his apartment in order to provide housing for himself and several other illegal aliens. Given the numerous illegal identity documents found in the apartment, there is little doubt that some or all of the men living in that apartment were engaged in selling illegal documents on nearby Columbia Road, NW, which is well-known as a market for illegal identity documents. The defendant could hardly fail to know this, even if he was not selling the documents himself.

The defendant was in possession of his own illegal Permanent Resident Alien card. The

---

[1] According to paragraph 49 of the Presentence Report, the sentencing range for Count 3 is 15 to 21 months. However, the defendant has objected to that sentencing range on grounds that the defendant's Criminal History Category has been calculated incorrectly. The defendant contends that the proper sentencing range is 12 to 18 months. A revised Presentence Report has not yet been released. If the Presentence Report determines that the proper sentencing range is 12 to 18 months, the government will urge the Court to impose a sentence within that sentencing range.

possession and sale of illegal identity documents such as those found in the apartment and possessed by the defendant are not harmless and insignificant crimes. Selling fake identification documents to individuals can lead to other criminal activity. For example, many people who buy the documents are present in the U.S. illegally, and may use the documents to help obtain employment to which they are not entitled under U.S. law. Indeed, the defendant used his fake card to help him lease the apartment, and may have used it to obtain employment that he was not lawfully permitted to have.

The defendant repeatedly continues to violate federal laws by returning to the U.S. illegally and by possessing fraudulent identification documents. The sentences he receives should reflect the fact that his crimes are serious and protect the public from future crimes he may seek to commit.

WHEREFORE, the government requests that the Court impose the mandatory two year sentence on Count 3, and a consecutive sentence on Count 2 that is within the applicable sentencing guideline range.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov