IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-287 (PLF) |
| v. | : |
| CARLOS V. MEDINA,<br>  aka Luis Vasquez-Soriano, | : |
| Defendant. | : |

FILED

JUL 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about June 20, 2006, defendant Carlos V. Medina, aka Luis Vasquez-Soriano (hereinafter, "MEDINA" or "defendant") committed the offenses of Concealing or Harboring Aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), (a)(1)(B)(ii), and Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

The defendant is a Mexican national who is present in the United States illegally, and who has been previously deported three times, on June 10, 1996, September 9, 1997, and August 16, 2002.

On November 1, 2004, MEDINA and another man signed a lease agreement to rent Apartment 1039 in The Woodner Apartments, located at 3636 16th St., NW, Washington, D.C. At the time he rented the apartment, the defendant presented the management company with photo identification in the form of a Permanent Resident Alien card, which was later determined to be fraudulent. Real Permanent Resident Alien cards are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

On June 20, 2006, at about 6:15 a.m., law enforcement agents executed a search warrant at Apt. 1039, 3636 16th St., NW, Washington, D.C. MEDINA and seven other illegal aliens from Mexico were sleeping in the apartment. MEDINA knew that the other individuals were present in the U.S. illegally, and he intended to conceal them from detection and harbor them by providing them with shelter. The agents found numerous fraudulent identity documents – albeit, fewer than 100 -- in various locations around the apartment. One of the fraudulent documents the agents found in the top dresser drawer in MEDINA's bedroom was his fake Permanent Resident Alien card, which he had presented as identification to lease the apartment. That card uses an Alien number (A *** *** 247) that U.S. Immigration and Customs Enforcement has determined belongs to a real person

other than MEDINA. Accordingly, the defendant was guilty of Possession of a Fraudulent Document Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. §1546(a).

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney

By: _____
      FREDERICK W. YETTE
      Assistant United States Attorney
      D.C. Bar No. #385391
      Federal Major Crimes Section
      555 4th Street, N.W., 4th Floor
      Washington, D.C. 20530
      (202) 353-1666
      Frederick.Yette@usdoj.gov

**Defendant's Acceptance of Factual Proffer**

      I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_7\18\07_                                  _Carlos Medina_
Date                                      Carlos V. Medina
                                          aka Luis Vasquez-Soriano

**Defense Counsel's Acknowledgment**

I am Carlos V. Medina's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_7/18/07_
Date

_[signature]_
Lara Quint, Esq.