CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-287-(PLF)
)
CARLOS V. MEDINA )
)

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_Carlos Medina_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
United States Attorney

Approved:

_Paul L. Friedman_
United States District Judge