HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA : Docket No.: <u>06-CR-287-01</u>

vs. : SSN:

MEDINA, Carlos : Disclosure Date: <u>March 21, 2007</u>

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 (✓)   There are no material/factual inaccuracies therein.
 ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          4/27/07
Prosecuting Attorney                                   Date

### For the Defendant

(CHECK APPROPRIATE BOX)
 ( )   There are no material/factual inaccuracies therein.
 (✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Carlos V. Medina  04-27-07          _____  3/27/07
Defendant                    Date             Defense Counsel           Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 04, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer