UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

vs.                             :   Criminal No.   06-287 (PLF)

CARLOS V. MEDINA                :

## NOTICE OF APPEAL

FILED

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant:**   Carlos V. Medina

**Name and address of appellant's attorney:**   Lara G. Quint
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**

8:1324(a)(1)(A)(iii), (a)(1)(B)(ii) - BRINGING IN AND HARBORING ALIENS; Concealing or Harboring Aliens.

18:1546(a) - FRAUD AND MISUSE OF VISAS/PERMITS; Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States.

18:1028A(a)(1) - FRAUD WITH IDENTIFICATION DOCUMENTS; Aggravated Identity Theft.

8:1326(a), (b)(1) - REENTRY OF DEPORTED ALIENS; Unlawful Reentry by an Alien Removed after Felony Conviction.

**Concise statement of judgment or order, giving date, and any sentence:** Sentenced to (27) Twenty-Seven months incarceration on each of Counts 1 and 2, to run concurrently. Defendant is to receive credit for time served. A Thirty-Six (36) month term of supervised release is imposed on each of Counts 1 and 2, to run concurrently. No fine is imposed due to the defendant's inability to pay. A $100.00 special assessment is imposed on each of Counts 1 and 2, for a total of $200.00.

**Name of institution where now confined, if not on bail:** CTF

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

_8-21-07_
DATE

_Carlos V. Medina_
APPELLANT

CJA, NO FEE _____
PAID USDC FEE _____
PAID USCA FEE _____

_____
ATTORNEY FOR APPELLANT

Does counsel wish to appeal on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

Docketing Statement Submitted