# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-3094**                                       **September Term, 2007**

06cr00287-01

**FILED**   Filed On:

United States of America,
      Appellee

FEB - 6 2008

Clerk, U.S. District and Bankruptcy Courts

v.



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB - 5 2008

CLERK

Carlos V. Medina, *a/k/a* Claudio Santos Vasquez-Soriano, *a/k/a* Luis Vasquez-Soriano,
      Appellant

### ORDER

Upon consideration of appellant's motion for voluntary dismissal of appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  
Mark Butler
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk